AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>DARIN C. MOORE, JR.<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  06/19/2018 and 06/20/2018  in the county of  Washington  in the  District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1201(a)(1);<br>18 USC 924(c)(1);<br>and 18 USC 2 | did willfully and unlawfully seize, confine, kidnap, abduct, carry away, and hold for ransom, Andre Simmons, Jr., and in committing or in furtherance of the commission of the offense, did willfully transport Andre Simmons, Jr. and travel in interstate commerce from the State of Maryland to the District of Columbia; did unlawfully and knowingly use, and carry during and in relation to, and possess a firearm, that is, a handgun in furtherance of, a crime of violence, that is, kidnapping, for which he may be prosecuted in a court of the United States; and did aid and abet in these offenses. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

MATTHEW LAIRD, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  06/21/2018

*Judge's signature*

City and state:  Washington, DC   ROBIN M. MERIWEATHER, Magistrate Judge
*Printed name and title*