## STATEMENT OF FACTS

I, Matthew Laird, a Special Agent with the Federal Bureau of Investigation, Washington Field Office, Washington, D.C. (hereinafter known as the "affiant") being duly sworn, deposes and states as follows:

## INTRODUCTION

1. I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code (U.S.C.).

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since September 2012. I am currently assigned to the Violent Crimes Task Force Squad CR-2, which focuses on the Washington, D.C. metropolitan area. I have investigated violent crimes since approximately February 2013. As part of my duties, I have investigated bank robberies, carjackings, kidnappings, fugitive cases, and other crimes of violence.

3. The facts and information contained in this affidavit are based upon my training and experience, participation in investigations, personal knowledge and observations during the course of this investigation, as well as the observations of other agents and police officers involved in this investigation. All observations not personally made by me were relayed to me by the individuals who made them or are based on my review of records, documents, and other physical evidence obtained during the course of this investigation. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the issuance of a criminal complaint and arrest warrant.

**PROBABLE CAUSE**

4. On Tuesday, June 19, 2018, at approximately 20:48 hours, members of the Prince George's County, Maryland Police Department (PGPD) responded to the report of an armed kidnapping in the 700 block of St. Michaels Drive, Bowie, Maryland. According to witnesses, a dark colored Nissan Maxima intentionally struck Mr. Andre Simmons, who was riding a moped. Two suspects then exited the Maxima, displayed handguns, and used plastic zip-ties to bind Simmons' wrists. Simmons was then forced into the Maxima, which fled the scene. Over the course of the next several hours, the kidnappers made several calls to a family member of Simmons, demanding ransom money in return for Simmons' safe release.

5. At approximately 04:50 hours on Wednesday June 20, 2018, a family member of Simmons drove to 3439 Benning Road, NE, Washington, DC, where she dropped approximately $7,000 in cash at the direction of the kidnappers. Detectives in the area observed a vehicle pull up to the drop location and collect the money. This vehicle was identified as a black Acura with DC tags [hereinafter, "the Acura"]. The Acura fled from the area at a high rate of speed and was not stopped.

6. On Wednesday, June 20, 2018, at 06:23:57 hours, the MPD gunshot detection system, ShotSpotter, detected nineteen (19) gunshots in the alley behind 627 Atlantic Street, SE. Citizens also called 911 to report the shooting. Upon arrival at the scene, officers located the decedent, an adult black male, on the ground, suffering from multiple gunshot wounds to the head and body. The decedent's wrists were also bound together with plastic zip-ties. Personnel from the DC Fire and EMS Department arrived on the scene. Medics from Engine 33 examined the decedent and found no signs of life. The decedent was pronounced dead under the authority of Dr. Robert Holman at 06:40 hours. The decedent's remains were transported to the Office of the Chief

Medical Examiner for an autopsy. The decedent was subsequently identified as Mr. Andre Simmons, the victim that was kidnapped in Prince George's County the prior night.

7. On May 29, 2018, at approximately 13:45 hours, members of the PGPD responded to an address located in Bowie, Maryland for the report of a residential armed robbery. Witnesses advised police that two armed suspects entered an occupied residence, held victims at gunpoint, and stole property. The suspects fled the scene in a black four-door sedan. A video camera in the area captured the suspect vehicle, which was identified as a black 2014 Nissan Maxima with Maryland temporary tag T530226 [hereinafter, "the Maxima"]. The Maxima is registered to Mr. Darin Carlyle Moore [hereinafter, "Defendant MOORE"]. Based on this information, PGPD detectives obtained Circuit Court for Prince George's County Search Warrants to further their investigation, including a search warrant to install a GPS tracking device on the Maxima.

8. Based on the common lookout in the June 19, 2018, armed kidnapping of Simmons, detectives examined the GPS location data for the Maxima and discovered that at the time of the kidnapping, the Maxima was at the scene of the kidnapping in the 700 block of St. Michaels Drive, Bowie, Maryland, shortly before police received the call for the armed robbery. Specifically, the GPS data shows that the Maxima arrived in the neighborhood at 20:39 hours. GPS data showed that the Maxima stopped in the neighborhood and then left the area at 20:43 hours. The Maxima then traveled westbound on Central Avenue at speeds reaching 89 miles per hour, towards Washington, DC. GPS data then showed that the Maxima remained in the Southeast, Washington, DC area overnight.

9. A review of the GPS location data for the Maxima showed that on June 20, 2018, at 06:23:57 hours, the Maxima entered the alley behind 627 Atlantic Street SE, Washington, DC, where Simmons was shot and killed. ShotSpotter detected nineteen (19) gunshots at 06:23:59

hours; two seconds after the Maxima arrived at that location. The Maxima remained in the alley for 28 seconds before leaving the area, arriving at 08:19 a.m.

10. Shortly after the murder, according to the GPS data, at 06:44 hours, the Maxima arrived at an address in Capitol Heights, Maryland. The Maxima was stopped at this location until 07:09 hours. It should be noted that this is the registered address of the Acura, which was observed at the ransom money drop location and which fled from police. After this stop, the Maxima proceeded to xxxxx Xxxxxxxxxxx Xxxxx, Xxxxx, Maryland, which is the residence of Defendant MOORE's girlfriend.

11. A search warrant was obtained for xxxxx Xxxxxxxxx Xxxxxx, Xxxxx, Maryland. Members of law enforcement contacted Defendant MOORE and he refused to exit the residence for several hours before eventually surrendering.

12. During a search of xxxxx Xxxxxxxxxx Xxxxx, detectives found $2,099 in cash and a broken cell phone. The Maxima was seized by law enforcement and towed to the DC Department of Forensic Sciences lab, pending a search warrant. In plain view on the front passenger seat of the Maxima, detectives observed plastic zip-ties consistent with those that were observed on the decedent's wrists. There was damage to the Nissan Maxima that was consistent with the accounts of the witnesses on the scene of the kidnapping, who advised that the Maxima struck Simmons' moped, as well as another vehicle during the kidnapping.

13. Defendant MOORE was arrested for a violation of 18 U.S.C. § 1201(a)(1) (Kidnapping) and transported to the MPD Homicide Branch for booking.

14. Based on the information contained in this Affidavit, your affiant submits that there is probable cause to believe that DARIN MOORE JR., did unlawfully seize, confine, decoy, kidnap, abduct, and carry away, and hold for ransom or reward, Andre Simmons, Jr., and in

committing or in furtherance of the commission of the offense, did willfully transport Andre Simmons, Jr., and travel in interstate commerce from the State of Maryland to the District of Columbia, in violation of Title 18, United States Code, Sections 1201(a)(1) and 2, and did unlawfully use and carry during and in relation to, and possess a firearm in furtherance of, a crime of violence, that is a kidnapping for which he may be prosecuted in a court of the United States, in violation of Title 18, United States Code, Sections 924(c)(1) and 2.

    I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
MATTHEW LAIRD, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

SWORN AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF JUNE, 2018.

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE